JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS PARRA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-01798-BAK<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 18) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from September 14, 2022 to November 14, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's second request for an extension of time.  In the months of May through July 21, 2022, Counsel received an influx of Social Security Certified Administrative Records (CAR).  A review of the records received shows Counsel has received at least 50 CARs, the majority of which were filed in June 2022.   This has caused an unusually large number of cases

1

1  that have merit briefs due in the months of August and September.  For the weeks of September
2  12, 2022 and September 19, 2022, Counsel currently has 10 merit briefs, and several letter briefs
3  and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.
4      Lastly, as previously reported, Counsel for Plaintiff underwent major orthopedic surgery
5  in March 2022, requiring significant physical therapy. This has required Plaintiff's counsel to
6  take time off during the work week and work months since then. Although much improved,
7  Counsel still participates in regular physical therapy two to three times per week.
8      Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant
9  and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 6, 2022    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: September 6, 2022    PHILLIP A. TALBERT
    United States Attorney
    PETER K. THOMPSON
    Acting Regional Chief Counsel, Region IX
    Social Security Administration

By:  **/s/ Caspar Chan*
    Caspar Chan
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on September 6, 2022)

**ORDER**

Based on the above stipulation (ECF No. 18), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment no later than November 14, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:  **September 8, 2022**            /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE